

# Fourth Court of Appeals
## San Antonio, Texas

February 24, 2014

No. 04-13-00142-CV

Joe A. **ZUNIGA,**
Appellant

v.

**THE CITY OF SAN ANTONIO**, Acting by and through its Agent City Public Service Board
d/b/a CPS Energy,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-14216
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

Sitting:      Sandee Bryan Marion, Justice
               Rebeca C. Martinez, Justice
               Luz Elena D. Chapa, Justice

The panel has considered the appellant's motion for rehearing, and the motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court